IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LOUIS HENDERSON, et al.,      )
                              )
    Plaintiffs,               )
                              )         CIVIL ACTION NO.
    v.                        )            2:11cv224-MHT
                              )                (WO)
ROBERT BENTLEY, et al.,       )
                              )
    Defendants.               )
```

Because the parties agreed at the oral argument on September 16, 2011, that all relief can be implemented without naming Governor Robert Bentley as a defendant, it is ORDERED that defendant Robert Bentley is dismissed as a party without prejudice.

DONE, this the 19th day of September, 2011.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE