```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| LOUIS HENDERSON, et al.,        ) | |
|     Plaintiffs,        ) | |
|                        ) | CIVIL ACTION NO. |
|     v.                 ) | 2:11cv224-MHT |
|                        ) | (WO) |
| KIM THOMAS, Commissioner,  ) | |
| Alabama Department of      ) | |
| Corrections, et al.,       ) | |
|     Defendants.        ) | |

It is ORDERED that:

(1) The defendants' motion for extension of deadline for the Rule 26(f) report (Doc. No. 55) is granted.

(2) The Rule 26(f) discovery plan shall be filed as soon as practicable but not later than October 17, 2011.

(3) The plaintiffs' motion for leave to file second amended complaint (Doc. No. 60) is granted.  The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

(4) Any response to the second amended complaint (Doc. No. 61) is due on October 17, 2011.  As noted at the September 16, 2011, oral argument, the court assumes that all motions opposing the first amended complaint (Doc. No. 31) are applicable to the second amended complaint.  Thus, any response should be limited to addressing any issues raised by the naming of three additional plaintiffs.

(5) Finally, the defendants are allowed until October 17, 2011, to file any statement as to how the addition of the three plaintiffs will affect, if at all, class certification.

DONE, this the 3rd day of October, 2011.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE