# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LOUIS HENDERSON, DANA HARLEY, DARRELL ROBINSON, DWIGHT SMITH, ALBERT KNOX, JAMES DOUGLAS, ALQADEER HAMLET, and JEFFERY BEYER on behalf of themselves and of all those similarly situated, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:11-CV-224-MHT ) |
| KIM THOMAS, BILLY MITCHEM, FRANK ALBRIGHT, BETTINA CARTER and EDWARD ELLINGTON, | ) ) ) ) |
| Defendants. | ) |

## THE STATE'S MOTION TO SEAL

Pursuant to the Protective Order on Consent of the Parties Regarding HIV Disclosure ("Protective Order") (Doc. No. 74), Defendants KIM THOMAS, BILLY MITCHEM, FRANK ALBRIGHT, BETTINA CARTER and EDWARD ELLINGTON (collectively the "State") respectfully request the Court to seal the State's Motion for Leave to Depose Inmate Incarcerated at Limestone Correctional Facility (Doc. No. 118) and Named Plaintiff's Motion for Reconsideration of May 15, 2012 Order (Doc. No. 120). In support of this Motion, the State states the following:

1. On May 15, 2012, the State filed its Motion for Leave to Depose Inmates Incarcerated at Limestone Correctional Facility (Doc. No. 118) pursuant to Fed. R. Civ. P. 30(a)(2)(B). In its Motion, the State provided the names of seven (7) inmates currently housed at Limestone Correctional Facility in Harvest, Alabama. **In its Motion, the State did not disclose in any manner whatsoever whether these inmates were (a) members of the putative class, or (b) HIV-positive.**

2. On May 16, 2012, Named Plaintiffs filed a Motion for Reconsideration of May 15, 2012 Order (Doc. No. 120), wherein counsel for Named Plaintiffs stated the following:

> Based on an investigation conducted by Plaintiffs within the day and a half since the filing of Defendants' motion, some or all of the individuals identified in Defendants' motion are putative class members. The protective order in this case prohibits identification of prisoners with HIV in a public filing. Doc. No. 74 ¶ 8 ("If either party files any document which includes the name of any prisoner with non-public HIV, then that party shall assign a unique pseudonym to each prisoner with non-public HIV who is identified in such documentation to be filed or otherwise made available to the public."). Defendants' motion already contains the full names of the individuals they seek to depose. Doc No. 118 at 1. Stating in this motion which of the individuals defendants seek to depose are members of the putative class would, in effect, disclose whether or not they have HIV, in violation of the protective order. Plaintiffs have no objection to disclosing that information under seal, if the Court so requests.

In other words, the fact that these seven (7) inmates were (a) members of the putative claims, and (b) HIV-positive was disclosed in this Motion by the Named Plaintiffs.

    3.    Because Named Plaintiffs have now publicly disclosed that some or all of the inmates whose depositions are sought are members of the putative class, the State believes that it is necessary to seal the pleading containing all of their names in order to avoid any disclosure of or speculation as to their HIV status.

WHEREFORE, Defendants KIM THOMAS, BILLY MITCHEM, FRANK ALBRIGHT, BETTINA CARTER and EDWARD ELLINGTON, respectfully request this Court to enter an Order to seal the contents of the State's Motion for Leave to Depose Inmates Incarcerated at Limestone Correctional Facility.

Respectfully submitted this 18th day of May 2012.

/s/ William R. Lunsford
*One of the Attorneys for the Defendants*

William R. Lunsford
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Post Office Box 18668 (35804-8668)
Huntsville, Alabama 35801-4936
Telephone (256) 551-0171
Facsimile (256) 512-0119

Janine A. McKinnon
Mitchell D. Greggs
MAYNARD, COOPER & GALE, P.C.

2400 Regions/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203
Telephone (205) 254-1000
Facsimile (205) 254-1999

Anne Adams Hill
Scott Lee Rouse
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Office
301 South Ripley Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

     I hereby certify that on the 18th of May 2012, I electronically filed the foregoing with the Clerk of the Court and this pleading will be served on all parties registered with the Court's ECF filing system.

                        /s/ William R. Lunsford
                        *One of the Attorneys for the Defendants*