IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUIS HENDERSON, et al.,

Plaintiffs,

v.

KIM THOMAS, Commissioner, Alabama
Department of Corrections, et al.,

Defendants.

Civil Case No. 2:11cv224-MHT

## MOTION FOR LEAVE TO FILE SEALED EXHIBITS

Plaintiffs respectfully seek leave to file the following exhibits to Plaintiffs' Motion In Limine Regarding Defendants' Exhibit List and Witness List under seal. These exhibits cannot be filed on the public docket because Defendants designated both as "confidential" pursuant to the protective order in this case (Docket No. 73):

- Exhibit 1: "Defendants' Witness and Exhibit List."

- Exhibit 2: "Witness and Exhibit List" and titled "Defendants' Exhibit List."

Dated: August 29, 2012

Respectfully submitted,

CARL TAKEI (DC Bar No. 987672)
ctakei@npp-aclu.org
MARGARET WINTER (DC Bar No.174805)
mwinter@npp-aclu.org
THE NATIONAL PRISON PROJECT OF THE
ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel. (202) 393-4930; fax (202) 393-4931

1

ROSE SAXE (SDNY No. RS 0463)
rsaxe@aclu.org
AMANDA GOAD (SDNY No. GO 6678)
agoad@aclu.org
THE AIDS PROJECT OF THE ACLU
FOUNDATION, INC.
125 Broad Street, Eighteenth Floor
New York, N.Y. 10004
Tel. (212) 549-2500; fax (212) 549-2650

ROBERT D. SEGALL (ASB-7354-E68R)
segall@copelandfranco.com
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, Alabama 36101-0347
Tel. (334) 834-1180; fax (334) 834-3172

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2012, I conventionally filed a true copy of the foregoing with the Court, and served the same upon Defendants' counsel of record via electronic mail and via First-Class Mail, postage prepaid.

CARL TAKEI