```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
LOUIS HENDERSON, et al.,    )
                            )
    Plaintiffs,             )
                            )        CIVIL ACTION NO.
    v.                      )         2:11cv224-MHT
                            )            (WO)
KIM THOMAS, Commissioner,   )
Alabama Department of       )
Corrections, et al.,        )
                            )
    Defendants.             )
```

## NOTICE TO COUNSEL

The court informed counsel for the parties, at the end of the trial last month, that, although post-trial briefing would go through October 31, 2012, it hoped to have an opinion out before Thanksgiving.  The court now needs a little more time and will not issue a decision until some time before the Christmas Holidays.

DONE, this the 21st day of November, 2012.

             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE