IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS HENDERSON, DANA )<br>HARLEY, DWIGHT SMITH, )<br>ALBERT KNOX, JAMES )<br>DOUGLAS, ALQADEER HAMLET, )<br>and JEFFREY BEYER, on )<br>behalf of themselves and )<br>of those similarly )<br>situated, )<br>   )<br>    Plaintiffs, )<br>   )<br>    v. )<br>   )<br>KIM THOMAS, Commissioner, )<br>Alabama Department of )<br>Corrections; BILLY )<br>MITCHEM, Warden, Limestone )<br>Correctional Facility; )<br>FRANK ALBRIGHT, Warden, )<br>Julia Tutwiler Prison )<br>for Women; BETTINA CARTER, )<br>Warden, Decatur Work )<br>Release/ Community Work )<br>Center; EDWARD ELLINGTON, )<br>Warden, Montgomery Women's )<br>Facility, in their )<br>official capacities, )<br>   )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:11cv224-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of the plaintiffs and against the defendants.

(2) It is DECLARED that, with the exception of the Alabama Department of Corrections' work-release policy, its segregation policy with regard to HIV-positive prisoners violates Title II of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and § 504 of the Rehabilitation Act, 29 U.S.C. § 794.

(3) The parties will be given a reasonable opportunity, jointly or separately, to propose relief to the court.

(4) By a later separate order, the court will address the unresolved challenge to the work-release policy.

DONE, this the 21st day of December, 2012.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE