IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS HENDERSON, DANA HARLEY, DWIGHT SMITH, ALBERT KNOX, JAMES DOUGLAS, ALQADEER HAMLET, and JEFFREY BEYER, on behalf of themselves and of those similarly situated,       )<br><br>     Plaintiffs,<br><br>     v.<br><br>KIM THOMAS, Commissioner, Alabama Department of Corrections; BILLY MITCHEM, Warden, Limestone Correctional Facility; FRANK ALBRIGHT, Warden, Julia Tutwiler Prison for Women; BETTINA CARTER, Warden, Decatur Work Release/ Community Work Center; EDWARD ELLINGTON, Warden, Montgomery Women's Facility, in their official capacities,<br><br>     Defendants. | CIVIL ACTION NO.<br>2:11cv224-MHT<br>(WO) |

**<u>JUDGMENT</u>**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of the plaintiffs and against the defendants.

(2) It is DECLARED that, with the exception of the Alabama Department of Corrections' work-release policy, its segregation policy with regard to HIV-positive prisoners violates Title II of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and § 504 of the Rehabilitation Act, 29 U.S.C. § 794.

(3) The parties will be given a reasonable opportunity, jointly or separately, to propose relief to the court.

(4) By a later separate order, the court will address the unresolved challenge to the work-release policy.

DONE, this the 21st day of December, 2012.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE