IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LOUIS HENDERSON, *et al.*,    )
                              )
    Plaintiffs,              )
                              )
v.                            )    Civil Case No. 2:11cv224-MHT-WC
                              )
KIM THOMAS, *et al.*,         )
                              )
    Defendants.              )

# ORDER

Upon consideration of the Motion to Seal (Doc. 279), it is

ORDERED that the Motion is DENIED as MOOT. The court has not received any documents from Mark A. Baines. Further, if the court receives documents from any members of the class, the documents will be returned, as class members are represented by counsel and any filings must be filed through class counsel.

The clerk of the court is hereby directed to include a copy of this order with any materials to be returned to any parties attempting to improperly file documents in this case.

Done this 17th day of June, 2013.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE