IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LOUIS HENDERSON, et al.,      )
                              )
    Plaintiffs,                )
                              )
                              )      CIVIL ACTION NO.
    v.                         )      2:11cv224-MHT
                              )
KIM THOMAS, Commissioner,      )
Alabama Department of          )
Corrections, et al.,           )
                              )
    Defendants.                )
```

### ORDER

It is ORDERED that the motion for attorneys fees (doc. no. 251) is denied with leave to renew should the court not approve the proposed settlement.

DONE, this the 24th day of September, 2013.

                                             /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**