RECEIVED
2014 OCT 16 P 1:01
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RALPH DAVIS, et al.,
   PLAINTIFF,

VS.

KIM THOMAS, et al.,
   DEFENDANTS.

CIVIL ACTION NO.: 2:11-CV-224-MHT

## MOTION TO COMPEL TRANSFER / MODIFICATION OF AGREEMENT

COMES NOW THE PLAINTIFF RALPH DAVIS, A PARTY IN THE PLAINTIFF CLASS WITHIN THE STATE OF ALABAMA STYLED LOUIS HENDERSON, et al. V. KIM THOMAS, et al., AND RESPECTFULLY MOVES THIS HONORABLE COURT TO MODIFY THE ORIGINAL AGREEMENT IN THE ABOVE-STYLED CAUSE AND ISSUE AN ORDER TO THE ALABAMA DEPARTMENT OF CORRECTIONS ENFORCING THEM TO TRANSFER THE PLAINTIFF TO LIMESTONE CORRECTIONAL FACILITY OR ANY OTHER LEVEL FOUR INSTITUTION SO PLAINTIFF CAN ENROLL INTO A SUBSTANCE ABUSE PROGRAM.

AS FOR GROUNDS IN SUPPORT THEREOF, THE PLAINTIFF

-1-

ASSERTS THE FOLLOWING TO WIT:

1. THE PLAINTIFF RALPH DAVIS IS INCARCERATED UNDER THE AUTHORITY OF THE ALABAMA DEPARTMENT OF CORRECTIONS AT THE HAMILTON AGED AND INFIRMED CORRECTIONAL FACILITY.

2. THE PLAINTIFF "RALPH DAVIS IS A PARTY IN A LAW SUIT RELATED TO THE CONDITIONS OF IMPRISONMENT OF THE PLAINTIFF CLASS WITHIN THE STATE OF ALABAMA STYLED AS LOUIS HENDERSON, et al. v. KIM THOMAS, et al., CASE NUMBER: 2:11-CV-00224-MHT, IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION."

3. ON THE 30th DAY OF JULY, 2013, "A SETTLEMENT AGREEMENT WAS ENTERED BY KIM T. THOMAS IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE ALABAMA DEPARTMENT OF CORRECTIONS BETWEEN HIMSELF AND THE PLAINTIFF ON BEHALF OF ALL CURRENT AND FUTURE HIV-POSITIVE PRISONERS INCARCERATED IN FACILITIES OPERATED BY THE ALABAMA DEPARTMENT OF CORRECTIONS UNDER CASE NUMBER: 2:11-CV-224-MHT.

4. ACCORDING TO SECTION II WITHIN SUBSECTION G OF "THE SETTLEMENT AGREEMENT FILED IN THE UNITED STATES DISTRICT COURT ON JULY 30th, 2013", HIV-POSITIVE INMATES CAN ONLY BE TRANSFERRED AND HOUSED AT CERTAIN FACILITIES AT THE ALABAMA DEPARTMENT OF CORRECTIONS. SEE SUBSECTION

-2-

<u>6 OF THE SETTLEMENT AGREEMENT IN THE CLASS ACTION LAWSUIT IN HENDERSON V. THOMAS, NO. 2:11-CV-224-MHT.</u>

5. THE FOLLOWING WORK RELEASE CENTERS AND PRISONS LISTED BELOW ARE PART OF THE SETTLEMENT AGREEMENT BETWEEN THE PLAINTIFF AND THE ALABAMA DEPARTMENT OF CORRECTIONS IN WHICH THE PLAINTIFF RALPH DAVIS CAN BE CONFINED IN AND/OR TRANSFERRED TO:

   A. BIRMINGHAM WORK RELEASE
   B. DECATUR WORK RELEASE
   C. DONALDSON CORRECTIONAL FACILITY
   D. FOUTAIN CORRECTIONAL FACILITY
   E. LIMESTONE CORRECTIONAL FACILITY
   F. LOXLEY WORK RELEASE
   G. MONTGOMERY WOMEN'S CENTER
   H. TUTWILER PRISON FOR WOMEN
   I. STATON CORRECTIONAL FACILITY
   J. BULLOCK CORRECTIONAL FACILITY
   K. ELMORE CORRECTIONAL FACILITY
   L. ST. CLAIR CORRECTIONAL FACILITY
   M. MOBILE WORK RELEASE
   N. RED EAGLE WORK CENTER

6. AS OF OCTOBER 9th, 2014, THE PLAINTIFF RALPH DAVIS IS BEING CONFINED WITHIN THE HAMILTON AGED AND INFIRMED CORRECTIONAL FACILITY UNLAWFULLY BECAUSE HAMILTON AGED AND

Infirmed Correctional Facility is not one of the authorized institutions in the Alabama Department of Corrections that the plaintiff can be confined in lawfully. Plaintiff cannot enroll in a rehabilitative program such as the Substance Abuse Program (SAP) at Hamilton Aged and Infirmed Correctional Facility because the institution does not provide any form or type of rehabilitative drug treatment programs. Plaintiff desires to enter/enroll into a rehabilitative drug treatment program and wishes to be transferred to Limestone Correctional Facility to take the Substance Abuse Program.

## Conclusion

.... Wherefore, the premises considered, the plaintiff Ralph Davis prays on bent knee that this Honorable Court will issue an order to have the plaintiff Ralph Davis transferred to Limestone Correctional Facility or any other Level Four Institution authorized in the settlement agreement. Plaintiff further prays that this Honorable Court will grant unto him all other relief that the Court deems

-4-

JUST AND APPROPRIATE.

ALL CONSIDERATION ON THE PLAINTIFF'S BEHALF IS GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED ON THIS THE 9th DAY OF OCTOBER, 2014.

*Ralph Davis #238032*

RALPH DAVIS, AIS #238032
PLAINTIFF, PRO-SE
HAMILTON AGED & INF. FAC.
223 SASSER DRIVE
HAMILTON, ALABAMA
35570

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS THE 9th DAY OF OCTOBER, 2014, I HAVE SERVED ALL PARTIES TO THIS CAUSE, BY AND THROUGH THE CLERK OF COURT, BY PLACING A COPY OF THE FOREGOING "MOTION TO COMPEL TRANSFER/MODIFICATION OF AGREEMENT" INTO THE UNITED STATES MAIL, ALL POSTAGE PRE-PAID, AND PROPERLY ADDRESSED AS FOLLOWS:

                                                             Ralph Davis

HON. MYRON H. THOMPSON         RALPH DAVIS
UNITED STATES DISTRICT JUDGE     PLAINTIFF - PRO-SE
ONE CHURCH STREET
P.O. BOX 711
MONTGOMERY, ALABAMA
           36104

RALPH DAVIS
A.I.S. # 238032
HAMILTON A&I FACILITY
223 SASSER DRIVE
HAMILTON, ALABAMA
         35570



**LEGAL MAIL**

C/O. HON DEBRA HACKETT, CLERK
HON. MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE
ONE CHURCH STREET
P.O. BOX 711
MONTGOMERY, ALABAMA 36104