IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LOUIS HENDERSON, on behalf    )
of himself and of all those   )
similarly situated, et al.,   )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:11cv224-MHT
                              )
KIM THOMAS, Commissioner,     )
Alabama Department of         )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by December 29, 2014, as to whether inmate Ralph Davis's motion to compel (doc. no. 310) should not be granted.

DONE, this the 12th day of December, 2014.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**