IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS HENDERSON, on behalf of himself and of all those similarly situated, et al., ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:11cv224-MHT (WO) |
| JEFERSON S. DUNN, in his official capacity as the Commissioner of the Alabama Department of Corrections, et al., ) ) ) ) ) ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Plaintiffs' Amended Motion for Attorneys' Fees (doc. no. 346), it is ORDERED that the unopposed motion is granted as follows:

Defendants shall pay Plaintiffs' counsel ninety-nine thousand dollars and no cents ($ 99,000.00) in full satisfaction of any claim for attorneys' fees, expenses, and costs within thirty (30) days of this Order.

The other Motion for Attorneys' Fees (doc. no. 334) is denied as moot.

Upon notification that payment has been made, the Court will dismiss this action with prejudice.

DONE, this the 8th day of December, 2015.

 /s/ Myron H. Thompson
 **UNITED STATES DISTRICT JUDGE**