IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS HENDERSON, on behalf of himself and of all those similarly situated, et al., )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFERSON S. DUNN, in his official capacity as the Commissioner of the Alabama Department of Corrections, et al., )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:11cv224-MHT<br>(WO) |

### JUDGMENT

In accordance with the notice of compliance (doc. no. 348), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 8th day of January, 2016.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**